UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Renee McKnight,<br><br>    Plaintiff,<br><br>v.<br><br>Philips & Cohen Associates, Ltd.,<br><br>    Defendant. | CASE NO. 4:13-cv-02533-MGL |

# NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff, Renee McKnight, by and through their undersigned counsel, in the above-titled action hereby stipulates to the dismissal of this action with prejudice, and with no award of costs to any party.

Dated this 2nd day of December 2013.

                   Respectfully Submitted,

                   James M. Ervin
                   Federal Bar 10 No. 9537
                   Attorney for Plaintiff
                   Luxenburg & Levin, LLC
                   1824 Bull Street
                   Columbia SC 29201
                   (888) 493-0770, ext. 308 (phone)
                   (866) 551-7791 (facsimile)
                   James@LuxenburgLevin.com

_____
U.S.D.J.

**PROOF OF SERVICE**

I hereby certify that on December 2, 2013, a copy of the foregoing was filed electronically in accordance with the Court's Electronic Filing Guidelines. Notice & service of this filing will be sent to all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

James M. Ervin
Federal Bar 10 No. 9537
Attorney for Plaintiff
Luxenburg & Levin, LLC
1824 Bull Street
Columbia SC 29201
(888) 493-0770, ext. 308 (phone)
(866) 551-7791 (facsimile)
James@LuxenburgLevin.com